IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS JOHNSON, #193727, | : |
|     Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION 16-00037-KD-MU |
| | : |
| TIMOTHY ILIFF, *et al.*, | : |
|     Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 1, 2018 (Doc. 59), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's claim against "Jay Cowan, CEO of Corizon Medical Services" is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **7th** day of **March 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**