IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MARCUS JOHNSON, #193727, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 16-00037-KD-MU |
| | : | |
| TIMOTHY ILIFF, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 1, 2018 (Doc. 60), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendants' motion for summary judgment is **GRANTED** such that all of the Plaintiff's claims against all of the Defendants are **DISMISSED**.

DONE and ORDERED this the **7th** day of **March 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**